1             LIBERTY AMMUNITION, LLC v. UNITED STATES

2                  TRIAL VOLUMES 1-11

3                     MASTER INDEX

| # | WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR | COURT |
|---|----------|--------|-------|----------|---------|------|-------|
| 6 | Dean | 42 | 108 | 132 | | | |
| 7 | Marx | 279 | 350 | 418 | | | 344 |
| 8 | | | | | | | 404 |
| 9 | Phillips | 425 | 458 | | | | |
| 10 | German | 573 | 687 | 715 | 723 | 553 | 572 |
| 11 | | | | | | 563 | |
| 12 | | 2752 | 2804 | 2846 | | | |
| 13 | Griffith | 726 | 747 | | | | 748 |
| 14 | McCleerey | 831 | 890 | | 897 | 856 | 854 |
| 15 | | 858 | | | | 894 | 866 |
| 16 | | 866 | | | | | |
| 17 | Hoffman | 1156 | 1217 | 1298 | | | 1165 |
| 18 | | 1167 | | | | | |
| 19 | Newill | 1501 | 1711 | 1820 | | | 1555 |
| 20 | | | 1764 | | | | |
| 21 | Mansfield | 1828 | 1909 | 1942 | 1945 | | |
| 22 | Middleton | 1949 | 1990 | | | | |
| 23 | Hanzl | 1999 | 2042 | 2068 | 2071 | | 2069 |
| 24 | | | 2063 | | | | |
| 25 | Pugliese | | 2059 | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Riggs | 2074 | 2122 | 2133 | 2134 | 2132 |
| 2 | Kitchens | 2137 | 2375 | 2434 | | 2165 |
| 3 | | 2170 | | | | |
| 4 | | 2300 | 2375 | | | |
| 5 | Spencer | 2455 | 2462 | | | |
| 6 | Willis | 2468 | | | | |
| 7 | Bokhart | 2562 | 2622 | 2700 | | 2699 |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

3

| 1 | DEPOSITION DESIGNATIONS: | PAGE: |
|---|---|---|
| 2 | Magness | 144 |
| 3 | Ehlers | 181 |
| 4 | Kamdar | 225 |
| 5 | Amick | 473/531/2738 |
| 6 | Weinacht | 551 |
| 7 | Bennett | 751 |
| 8 | Minisi | 899 |
| 9 | Campion | 948 |
| 10 | South | 1064/1138 |
| 11 | Johnson | 1084 |
| 12 | Riggs | 1307 |
| 13 | Hanzl | 1381/1422 |
| 14 | Middleton | 1435 |
| 15 | Newill | 1459 |
| 16 | Torma | 2702 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1    LIBERTY AMMUNITION, LLC v. UNITED STATES

2              TRIAL VOLUMES 1-11

3                MASTER INDEX

4

5              ADMITTED EXHIBITS

6

7    Joint              Description

8    1                  Plaintiff Liberty Ammunition's First

9                       Notice of Deposition to Defendant

10                      Pursuant to Rule 30(b)(6) of RCFC and

11                      FRCP

12   3                  Bilateral Non-Disclosure Agreement signed

13                      by P.J. Marx, Maj. Glenn Dean and John

14                      Amick, dated February 17, 2005

15   4                  E-mail from Glenn Dean to P.J. Marx

16                      regarding "Improved 5.56mm round" and

17                      preceding e-mail.

18   5                  E-mail from Glenn Dean to P.J. Marx

19                      regarding "Improved 5.56mm round" and

20                      preceding e-mail.

21   6                  E-mail from P.J. Marx to Glenn Dean

22                      regarding "Improved 5.56mm round and

23                      Bilateral Non-Disclosure," sent November

24                      17, 2004

25

5

| | Joint | | Description |
|---|---|---|---|
| 2 | 7 | | E-mail from Paul Riggs to P.J. Marx |
| 3 | | | regarding "New Bullets for 5.56mm." |
| 4 | 8 | | E-mail from Glenn Dean regarding |
| 5 | | | "Improved Ammunition Technologies." |
| 6 | 9 | | E-mail from Matthew Butler to Glenn Dean |
| 7 | | | and multiple recipients and preceding |
| 8 | | | e-mail from Glenn Dean to multiple |
| 9 | | | recipients regarding "Improved Ammunition |
| 10 | | | Technologies." |
| 11 | 11 | | ARLM855 diagram and data. |
| 12 | 14 | | SoldierGeek.comSoldier/Geek MilBlog |
| 13 | | | article regarding details and data of |
| 14 | | | Army M855A1 5.56mm Enhanced Performance |
| 15 | | | Round Demo at  APG |
| 16 | 15 | | SoldierGeek.comSoldier/Geek MilBlog |
| 17 | | | article regarding "In Search of |
| 18 | | | Lethality: Green Ammo and the Development |
| 19 | | | of the M855A1 Enhanced Performance |
| 20 | | | Round." |
| 21 | 16 | | SoldierGeek.comSoldier/Geek MilBlog |
| 22 | | | article regarding "Army article details |
| 23 | | | military patents." |
| 24 | | | |
| 25 | | | |

| 1 | Joint | Description |
|---|---|---|
| 2 | 17 | SoldierGeek.comSoldier/Geek MilBlog |
| 3 | | article regarding "Army announces 2010 |
| 4 | | Greatest Inventions List." |
| 5 | 20 | Presentation materials titled, "Improved |
| 6 | | Performance 5.56mm Desired |
| 7 | | Characteristics." |
| 8 | 21 | Presentation materials titled "Green |
| 9 | | Ammunition Phase II Kick-off," dated July |
| 10 | | 26, 2005 |
| 11 | 22 | Presentation regarding M855 Green Ammo |
| 12 | | information from March 2006 |
| 13 | 24 | Presentation materials titled "Product |
| 14 | | Manager Small and Medium Caliber |
| 15 | | Ammunition Green Ammo Status presentation," |
| 16 | | dated October 10, 2006 |
| 17 | 24A | PM Small and Medium Caliber Ammunition |
| 18 | | Green Ammo Status (color copy), dated |
| 19 | | October 10, 2006 |
| 20 | 25 | Presentation materials titled "M855A1 |
| 21 | | Enhanced Performance Round (EPR) Media |
| 22 | | Day." |
| 23 | 30 | Spreadsheet listing IPT memberships |
| 24 | | |
| 25 | | |

| Joint | Description |
|-------|-------------|
| 31    | Presentation materials titled "Project Manager Maneuver Ammunition Systems Information Brief Briefing to Congressman Sherwood on the Status of the Green Ammo Program," dated March 7, 2005. |
| 32    | Document regarding Green Ammunitions Phase II Program, Subject: Material Change Position, dated April 7, 2005 |
| 33    | Presentation regarding 5.56 mm Green Ammo Program Strategy5.56 mm M855, dated April 14, 2005 |
| 34    | E-mail from John W. Amick to Frank Hanzl regarding "improved ammunition technologies" sent February 23, 2005, and preceding e-mails |
| 35    | E-mail from Paul M. Riggs to P.J. Marx regarding "improved ammunition" and preceding e-mail both e-mails sent March 4, 2005 |
| 36    | Presentation titled "Welcome to Green Ammo Industry Day," dated May 11, 2005 |
| 37    | E-mail from John Amick to P.J. Marx regarding Improved 5.56mm Ammunition and preceding e-mail |

| | Joint | Description |
|---|---|---|
| 2 | 39 | E-mail from Shawn P. Spickert-Fulton to |
| 3 | | Paul M. Riggs and John W. Amick regarding |
| 4 | | "improved 5.56mm ammunition," sent June 1, |
| 5 | | 2005, and preceding e-mails |
| 6 | 40 | Document titled "5.56mm Small Caliber |
| 7 | | Improved Projectile Program." |
| 8 | 41 | Presentation titled "Green Ammunition Phase |
| 9 | | II Overarching Review Army Research |
| 10 | | Laboratory," dated September 22, 2005 |
| 11 | 42 | Presentation titled "M855 Green Ammo." |
| 12 | 43 | Document titled "Subject: SMC Note on Green |
| 13 | | Ammo." |
| 14 | 44 | Presentation titled "Program Review Green |
| 15 | | Ammo," dated May 16, 2007 |
| 16 | 45 | Presentation titled "Project Manager |
| 17 | | Maneuver Ammunition SystemsGreen Ammo," |
| 18 | | dated September 21, 2007 |
| 19 | 46 | Presentation titled "Green Ammunition |
| 20 | | Program M855LFS Critical Design Review," |
| 21 | | dated February 7, 2008 |
| 22 | 48 | E-mail from Thomas Campion to Shawn |
| 23 | | Spickert-Fulton regarding "New 5.56 round" |
| 24 | | and preceding e-mails, sent August 4-5, |
| 25 | | 2005 |

| # | Joint | Description |
|---|-------|-------------|
| 1 | <u>Joint</u> | <u>Description</u> |
| 2 | 50 | Fax/e-mail from Walter Brown to Stephen |
| 3 | | Judlowe regarding Deposition of Dr. James |
| 4 | | Newill |
| 5 | 51 | Army Regulation 27-60: Legal Services |
| 6 | | Intellectual Property document |
| 7 | 52 | Handwritten Sketch/Diagram |
| 8 | 53 | TDP drawings of the M855A1 Round |
| 9 | | (redacted) |
| 10 | 54 | TDP drawings of the M855A1 Round (not |
| 11 | | redacted). (Note: Both German exhibits |
| 12 | | combine PDX 67 and PDX 68.) |
| 13 | 55 | Photograph of bullet in flight |
| 14 | 56 | Annotated photograph of bullet in flight |
| 15 | | noting jacket, slug and penetrator. |
| 16 | | (Note: Both German exhibits combine PDX 69a |
| 17 | | and PDX 69b.) |
| 18 | 57 | M855A1 gel shot video |
| 19 | 58 | Provisional Application for Patent Cover |
| 20 | | Sheet |
| 21 | 59 | Electronic Acknowledgement Receipt |
| 22 | | for Provisional U.S. Patent |
| 23 | | Application Number 61/332631 |
| 24 | 61 | Diagram of Bullets |
| 25 | | |

| | Joint | Description |
|---|---|---|
| 1 | | |
| 2 | 62 | Patent application titled "Bullet |
| 3 | | Assembly for Ammunition." |
| 4 | 64 | Army Times cover and article titled |
| 5 | | "Ammo under fire." |
| 6 | 65 | Presentation titled "Project Manager |
| 7 | | Maneuver Ammunition Systems: |
| 8 | | Enhancing Small Arms Effectiveness |
| 9 | | in Current and Future Operations," |
| 10 | | dated May 22, 2009 |
| 11 | 66 | Army Times cover and article titled |
| 12 | | "Deadlier round Denied." |
| 13 | 67 | Army Times article titled "Field the |
| 14 | | better bullet." |
| 15 | | (Note: Both German exhibits combine |
| 16 | | PDX 71a through PDX 71j.) |
| 17 | 69 | Defendant's Responses to Plaintiff's |
| 18 | | First Set of Interrogatories, dated |
| 19 | | April 6, 2012 |
| 20 | 74 | Document titled "The Design and |
| 21 | | Early Production of the Lead Free |
| 22 | | M855 A1 Cartridge," dated August |
| 23 | | 2009 |
| 24 | 75 | Document titled "M855 Green |
| 25 | | Ammunition System Study." |

| | Joint | Description |
|---|---|---|
| 1 | | |
| 2 | 76 | Presentation titled "M855 Green Ammo," |
| 3 | | dated May 17, 2006 |
| 4 | 77 | E-mail from John Amick to Frank Hanzl |
| 5 | | regarding "Liberty Ammunition Testing" with |
| 6 | | attachments relating to EPIC rounds, sent |
| 7 | | August 18, 2005, and preceding e-mail |
| 8 | 78 | E-mail from Thomas A. Campion to Mark |
| 9 | | D. Minisi regarding "Liberty |
| 10 | | Ammunition testing," sent August 22, |
| 11 | | 2005, and preceding e-mails |
| 12 | 79 | Presentation titled "New Concepts for |
| 13 | | M855 5.56 mm Ball Ammunition," dated July |
| 14 | | 27, 2004 |
| 15 | 80 | U.S. Army article "PEO Ammunition team wins |
| 16 | | DOD's highest award." |
| 17 | 81 | Handwritten notes regarding small caliber |
| 18 | | meeting |
| 19 | 82 | After Action Report Liberty Ammunition |
| 20 | | Demonstration September 8, 2010 |
| 21 | 83 | TDP drawings of the M855 projectile and |
| 22 | | round (G1-040238 to G1-040246); |
| 23 | | (DDX 51 & Kit. Infr. Ex. 3 are only |
| 24 | | G1-040238 to G1-040246.) |
| 25 | | |

| | Joint | Description |
|---|---|---|
| 1 | | |
| 2 | 84 | Document titled "Enhanced Small Arms |
| 3 | | Ammunition." |
| 4 | 85 | E-mail from P.J. Marx to Christine Johnson |
| 5 | | regarding "Section K and Request to |
| 6 | | Complete ORCA Data," dated October 11, |
| 7 | | 2008, with attachments |
| 8 | 86 | Cover Letter from P.J. Marx to Christine |
| 9 | | Johnson |
| 10 | 87 | E-mail regarding "Section K and Request to |
| 11 | | Complete ORCA Data" from Christine Johnson |
| 12 | | to P.J. Marx sent October 13, 2006 and |
| 13 | | preceding e-mail |
| 14 | 88 | E-mail from Christine E. Johnson to Martha |
| 15 | | Delgado regarding "SF 1403 and Proposal for |
| 16 | | Liberty Ammunition SOCOM06-008," dated |
| 17 | | November 9, 2006, with attachment |
| 18 | 93 | Excerpts from Army AL&T magazine titled |
| 19 | | Better Buying Power |
| 20 | 94 | Presentation from U.S. Army Contracting |
| 21 | | Command Rock Island Contracting CenterLake |
| 22 | | City Army Ammunition Plant Industry Day |
| 23 | 96 | Contract Number W52P1J-12-D-0078 Signed: |
| 24 | | September 28, 2012 |
| 25 | | |

| | Joint | Description |
|---|---|---|
| 1 | | |
| 2 | 98 | Contract Number W52P1J-12-D-0078/ |
| 3 | | W52P1J-12-C-0070 Attachment 0025 |
| 4 | | Notes and Financials November 17, 2011 |
| 5 | 102 | Presentation titled "Summary of |
| 6 | | Performance for M855, and M855LFS |
| 7 | | Projectiles" by James Newill and Tyler |
| 8 | | Ehlers, dated April 30, 2009 |
| 9 | 107 | Bullet Diagram Part No. 13037149 |
| 10 | 119 | Letter from Christopher Thomas (with |
| 11 | | attachments), dated August 16, 2012, and |
| 12 | | responsive letter from Earl Griffith, |
| 13 | | dated December 24, 2012 |
| 14 | 120 | Presentation materials entitled "M855A1 |
| 15 | | Enhanced Performance Round (EPR)." |
| 16 | 122 | E-mail from Thomas Campion to Charles |
| 17 | | Marsh, and others, with attachments |
| 18 | | regarding "Liberty Ammunition testing" and |
| 19 | | accompanying information on EPIC, sent |
| 20 | | August 8, 2005.  (Note: PDX 76 is a subset |
| 21 | | of DDX 2, *i.e.*, G1-039532; G1-039534 to |
| 22 | | G1-039536; G1-039533.) |
| 23 | 123 | E-mail exchange regarding "Liberty |
| 24 | | Ammunition" between Tucker Campion and P.J. |
| 25 | | Marx, sent June 13-14, 2005 |

| | Joint | Description |
|---|---|---|
| 2 | 125 | SBIR Proposal Number S061-008-0004, |
| 3 | | submitted by Liberty Ammunition, Inc., |
| 4 | | dated January 13, 2006 |
| 5 | 126 | Final Report of Liberty Ammunition pursuant |
| 6 | | to SBIR Contract No. H92222-07-P-0037, |
| 7 | | dated September 16, 2007 |
| 8 | 127 | E-mail from Tucker Campion to P.J |
| 9 | | Marx regarding "Patent Issues," sent |
| 10 | | December 16, 2008 |
| 11 | 128 | E-mail from P.J. Marx to Tucker Campion |
| 12 | | regarding "Patent Issues," sent December |
| 13 | | 16, 2008. |
| 14 | 129 | E-mail from Tucker Campion to P.J. Marx |
| 15 | | regarding "Patent Issues," sent December |
| 16 | | 17, 2008 and preceding e-mail |
| 17 | 131 | Bilateral Non-Disclosure Agreement signed |
| 18 | | by P.J. Marx and Charles Marsh, dated |
| 19 | | January 11, 2006 |
| 20 | 132 | "Assignment of Rights in Patent |
| 21 | | Application" from P.J. Marx to Liberty |
| 22 | | Ammunition, Inc., dated April 5, 2010 |
| 23 | | |
| 24 | | |
| 25 | | |

| | Joint | Description |
|---|---|---|
| 1 | | |
| 2 | 137 | Department of Defense Fiscal Year |
| 3 | | (FY) 2014 President's Budget |
| 4 | | Submission, Navy, Procurement of |
| 5 | | Ammo, Navy & MC, Budget Activity 01, |
| 6 | | April 2013. (Cited in Bokhart Report |
| 7 | | at n.167.) |
| 8 | 139 (Dem.) | How Much Does a Bullet Cost? Army |
| 9 | | Magazine By: Col. Stanley Lillie, et al. |
| 10 | | May 2002. (http://www3.ausa.org/Webint/ |
| 11 | | Deptarmymagazine.nsf/byid/CCRN-6CC3V) |
| 12 | 142 | Experiment At Ft. Dix Will Star At Expo |
| 13 | | With Hard Work And Wheat Seeds, Hazardous |
| 14 | | Metals Are Being Sucked Out Of Soil On A |
| 15 | | Firing Range To Boost The Environment. |
| 16 | | By: Marc Levy, Inquirer Suburban Staff |
| 17 | | October 27, 1999.(http://articles.philly. |
| 18 | | com/1999-10-27/news/25508234_1_ |
| 19 | | firing-range-munitions-plant-dirt) |
| 20 | 143 | Declaration of Michael Pugliese, signed |
| 21 | | January 9, 2014 |
| 22 | 144 | Current M80A1 Drawings Package |
| 23 | 145 | 762 M80A1 Changes |
| 24 | 147 | Current M855A1 Drawing of |
| 25 | | Bismuth-Tin slug |

| 1 | <u>Joint</u> | <u>Description</u> |
| 2 | 509 | ITRC Cleanups |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | Plaintiff's | Description |
|---|---|---|
| 1 | | |
| 2 | 1 | Certified Copy of US Patent 7,748,325 |
| 3 | 4 | Provisional (Second) Application for |
| 4 | | Patent (No. 61333088) |
| 5 | 7 | Certified Copy of File Wrapper and |
| 6 | | Contents of US Patent 7,748,325 |
| 7 | 12 | "Expert Report of Randall M. German on |
| 8 | | Infringement of U.S. Patent No. |
| 9 | | 7,748,325" |
| 10 | 13 | Exhibit C to German Infringement Report- |
| 11 | | Materials Reviewed by Randall German |
| 12 | 15 | Exhibit L to German Infringement Report - |
| 13 | | Berger Bullets Quick Reference Sheet |
| 14 | 16 | Exhibit M to German Infringement Report - |
| 15 | | Barnes Bullets X-Citing Facts |
| 16 | 19 | Exhibit P to German Infringement Report - |
| 17 | | M240 Rifle Barrel TDP |
| 18 | 20 | Exhibit S to German Infringement Report - |
| 19 | | Sierra Bullets 7.62 Projectile Info |
| 20 | 21 | Expert Report of Creighton G. Hoffman |
| 21 | | Regarding Damages |
| 22 | 24 | "Reply Expert Report of Randall M. German |
| 23 | | on Validity of U.S. Patent No. 7,748,325" |
| 24 | 25 | Exhibit A to German Validity Report CV |
| 25 | | of Randall German |

| 1 | Plaintiff's | Description |
|---|---|---|
| 2 | 26 | Exhibit B to German Validity Report |
| 3 | | Publications by Randall German |
| 4 | 27 | Exhibit C to German Validity Report |
| 5 | | Materials Reviewed by Randall German |
| 6 | 31 | Exhibit N to German Validity Report |
| 7 | | Excerpts from 2004 M855 Engineering Study |
| 8 | 32 | Exhibit P  to German Validity Report |
| 9 | | Published Documents Praising M855A1 |
| 10 | 49 | M855A1 EPR |
| 11 | 49A | Ms. McCleerey's Testimony |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
1   Plaintiff's

2   Demonstrative          Description

3   1                      Comparison of Defendant's M855A1 and

4                          M80A1 EPR Rounds to Liberty's '325 Patent

5   2                      Defendant's M855A1 EPR Round:  "Reduced

6                          Area of Contact"

7   3                      Defendant's M80A1 EPR Round: "Reduced

8                          Area of Contact"

9   4                      Claim 1 of Liberty's '325 Patent

10  5                      Claims 2, 3 and 7 of Liberty's '325

11                         Patent

12  6                      Claims 2, 3 and 7 of Liberty's '325

13                         Patent

14  7                      Claims 2, 3 and 7 of Liberty's '325

15                         Patent

16  8                      Defendant's M855A1 EPR Round

17  9                      Defendant's M80A1 EPR Round

18  10                     Defendant's M855A1 EPR Round

19  11                     Defendant's M80A1 EPR Round

20  12                     Claims 2, 3 and 7 of Liberty's '325

21                         Patent

22  13                     Claims 8, 9, 10 and 11 of Liberty's

23                         '325 Patent

24  14                     Defendant's M855A1 EPR Round

25  15                     Defendant's M80A1 EPR Round
```

| | Plaintiff's | |
|---|---|---|
| 1 | <u>Plaintiff's</u> | |
| 2 | <u>Demonstrative</u> | <u>Description</u> |
| 3 | 16 | Defendant's M855A1 EPR Round |
| 4 | 17 | Defendant's M80A1 EPR Round |
| 5 | 18 | Claims 8, 9, 10 and 11 of Liberty's |
| 6 | | '325 Patent |
| 7 | 19 | Claims 8, 9, 10 and 11 of Liberty's |
| 8 | | '325 Patent |
| 9 | 20 | Defendant's M855A1 EPR Round |
| 10 | 21 | Defendant's M80A1 EPR Round |
| 11 | 22 | Claims 8, 9, 10 and 11 of Liberty's |
| 12 | | '325 Patent |
| 13 | 23 | Claims 18, 19 and 20 of Liberty's |
| 14 | | '325 Patent |
| 15 | 24 | Defendant's M855A1 EPR Round |
| 16 | 25 | Defendant's M855A1 EPR Round |
| 17 | 26 | Defendant's M855A1 EPR Round |
| 18 | 27 | Defendant's M855A1 EPR Round |
| 19 | 28 | Defendant's M80A1 EPR Round |
| 20 | 29 | Defendant's M80A1 EPR Round |
| 21 | 30 | Defendant's M80A1 EPR Round |
| 22 | 31 | Defendant's M80A1 EPR Round |
| 23 | 32 | Claims 18, 19 and 20 of Liberty's |
| 24 | | '325 Patent |
| 25 | | |

| 1 | Plaintiff's | |
|---|---|---|
| 2 | Demonstrative | Description |
| 3 | 33 | Claims 18, 19 and 20 of Liberty's |
| 4 | | '325 Patent |
| 5 | 34 | Defendant's M855A1 EPR Round |
| 6 | 35 | Defendant's M855A1 EPR Round |
| 7 | 36 | Defendant's M855A1 EPR Round |
| 8 | 37 | Defendant's M80A1 EPR Round |
| 9 | 38 | Defendant's M80A1 EPR Round |
| 10 | 39 | Defendant's M80A1 EPR Round |
| 11 | 40 | Claims 22, 25 and 28 of Liberty's |
| 12 | | '325 Patent |
| 13 | 41 | Defendant's M855A1 EPR Round |
| 14 | 42 | Defendant's M80A1 EPR Round |
| 15 | 43 | Claims 22, 25 and 28 of Liberty's |
| 16 | | '325 Patent |
| 17 | 44 | Defendant's M855A1 EPR Round |
| 18 | 45 | Defendant's M855A1 EPR Round |
| 19 | 46 | Defendant's M855A1 EPR Round |
| 20 | 47 | Defendant's M80A1 EPR Round |
| 21 | 48 | Defendant's M80A1 EPR Round |
| 22 | 49 | Defendant's M80A1 EPR Round |
| 23 | 50 | Claims 22, 25 and 28 of Liberty's |
| 24 | | '325 Patent |
| 25 | 51 | Defendant's M855A1 EPR Round |

| | Plaintiff's | |
|---|---|---|
| 1 | <u>Demonstrative</u> | <u>Description</u> |
| 2 | | |
| 3 | 52 | Defendant's M80A1 EPR Round |
| 4 | 53 | Claim 29 of Liberty's '325 Patent |
| 5 | 54 | Defendant's M855A1 EPR Round |
| 6 | 55 | Defendant's M80A1 EPR Round |
| 7 | 56 | Claim 29 of Liberty's '325 Patent |
| 8 | 57 | Claim 30 of Liberty's '325 Patent |
| 9 | 58 | Defendant's M855A1 EPR Round |
| 10 | 59 | Defendant's M80A1 EPR Round |
| 11 | 60 | Claim 30 of Liberty's '325 Patent |
| 12 | 61 | Claim 31 of Liberty's '325 Patent |
| 13 | 62 | Defendant's M855A1 EPR Round |
| 14 | 63 | Defendant's M80A1 EPR Round |
| 15 | 64 | Claim 31 of Liberty's '325 Patent |
| 16 | 65 | Claim 32 of Liberty's '325 Patent |
| 17 | 66 | Defendant's M855A1 EPR/M80A1 Rounds |
| 18 | | "Disposed Intermediate Opposite Ends" |
| 19 | 67 | Comparison of Defendant's M855A1 EPR |
| 20 | | and M80A1 EPR Rounds to Liberty's |
| 21 | | '325 Patent |
| 22 | 68 | Claim 32 of Liberty's '325 Patent |
| 23 | 69 | Comparison of Defendant's M855A1 EPR |
| 24 | | and M80A1 EPR Rounds to Liberty's |
| 25 | | '325 Patent |

| | Plaintiff's | |
|---|---|---|
| 1 | <u>Demonstrative</u> | <u>Description</u> |
| 3 | 70 | Claim 32 of Liberty's '325 Patent |
| 4 | 71 | Claims 38, 39, 40 and 41 of Liberty's |
| 5 | | '325 Patent |
| 6 | 72 | Defendant's M855A1 EPR/M80A1 EPR Rounds: |
| 7 | | "Said Interface Comprises a Greater |
| 8 | | Outside Diameter...Than Either Said Nose |
| 9 | | Portion or Said Tail Portion" |
| 10 | 73 | Claims 38, 39, 40 and 41 of Liberty's |
| 11 | | '325 Patent |
| 12 | 74 | Defendant's M855A1 EPR/M80A1 EPR Rounds: |
| 13 | | "Said Interface Is...Structured to |
| 14 | | Isolate Said Nose Portion from Contact |
| 15 | | with An Internal Surface of the Barrel of |
| 16 | | the Firearm" |
| 17 | 75 | Claims 38, 39, 40 and 41 of Liberty's |
| 18 | | '325 Patent |
| 19 | 76 | Defendant's M855A1 EPR/M80A1 EPR Rounds: |
| 20 | | "Said Interface Comprises a Tapered |
| 21 | | Portion" |
| 22 | 77 | Bullet Assembly |
| 23 | 78 | Bullet Assembly |
| 24 | 79 | Patent Infringement Damages |
| 25 | 80 | Patent Infringement Damages |

| | Plaintiff's | |
|---|---|---|
| 1 | | |
| 2 | Demonstrative | Description |
| 3 | 81 | Georgia-Pacific Factors |
| 4 | 82 | Patent Infringement Documents |
| 5 | 83 | Reasonable Royalties Due Liberty |
| 6 | | On Government Orders of M80A1 Rounds [1] |
| 7 | 84 | Breach of Contract Damages |
| 8 | 86 | Nosler Patent Comparison |
| 9 | 87 | Nosler Patent Comparison |
| 10 | 88 | Nosler Patent Comparison |
| 11 | 89 | Leussler Patent Comparison |
| 12 | 90 | Gel Testing Guidelines |
| 13 | 91 | Guideline Comparison |
| 14 | 92 | Def. Patent & Indicia of Invention |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 11 | | Sketch of bullets created by Lt. Col. Glenn Dean |
| 103 | | ATK presentation regarding 5.56mm HP^2 High Performance Heavy Projectile |
| 108 | | Memorandum from Mark Minisi to PM-MAS regarding "Wound Ballistics IPT Chair responsibilities," dated March 7, 2012 |
| 109 | | Presentation titled "Green Ammunition Phase II Program: Open Actions," dated March 16, 2005 |
| 110 | | Meeting minutes for meeting about "Joint Service Wound Ballistics IPT, in purpose, goals, and path forward; minutes by Mark Minisi and dated October 19, 2014 |
| 111 | | E-mail from Thomas Campion to Mark Minisi and Charles Marsh regarding "NEW 5.56 round," sent August 4, 2005. |
| 112 | | Document titled "Angle of Attack at Impact; Its effect on the yaw history of projectiles in gelatin media," by Mark Minisi |

| 1 | Defendant's | Description |
|---|---|---|
| 2 | 117 | Presentation titled "Green Ammo Design |
| 3 | | IPT Overview: Improper In-Bore Behavior |
| 4 | | Can Result In Erratic Flight Down Range," |
| 5 | | dated October 17, 2006 |
| 6 | 122 | Handwritten notes regarding weekly DIPT |
| 7 | | telephone conference call |
| 8 | 125 | Presentation titled "Green Ammunition Phase |
| 9 | | IISI IPT Tech Team Meeting," dated |
| 10 | | October 4-5, 2005 |
| 11 | 127 | ATK presentation materials titled |
| 12 | | "AFY03 .50 Caliber RM-SAPHEI |
| 13 | | Program," dated September 3, 2003 |
| 14 | | (G1- 000034 to G1-000042) |
| 15 | 128 (pp. 23-36) | Expert Report of Clarence W. Kitchens, Jr., |
| 16 | | Ph.D., dated December 21, 2012 (with all |
| 17 | | attachments) |
| 18 | 130 | E-mail from Thomas J. Piazza to LTC |
| 19 | | Eric S. Glenn, and others, regarding |
| 20 | | "Phase II SOO Package for |
| 21 | | SOCOM06-008 titled 'Small Arms |
| 22 | | Ammunition' with Liberty |
| 23 | | Ammunition," sent April 10, 2008. |
| 24 | | |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 131 | E-mail from John D. Bennett to Shawn D. |
| 3 | | Patterson, and others, regarding "4.6 |
| 4 | | SOW" with attachment, sent January 6, |
| 5 | | 2011 |
| 6 | 132 | E-mail regarding "Liberty Ammunition" |
| 7 | | from Thomas Piazza to Justin Craig-Kuhn, |
| 8 | | sent May 20, 2011 |
| 9 | 133 | Distribution lists |
| 10 | 134 | E-mail from Shawn K. Martin to Jacqueline |
| 11 | | C. Germain, and others, regarding |
| 12 | | "SOCOM06-008 Enhanced Small Arms |
| 13 | | Ammunition," dated September 27, 2006 |
| 14 | 138 | E-mail from Steve French to Christine E. |
| 15 | | Johnson, and others, regarding "PH I SBIR |
| 16 | | Award for Enhanced Small Arms Ammunition; |
| 17 | | Proprietary Data in the Attachment," sent |
| 18 | | October 20, 2006, and preceding e-mails |
| 19 | 140 | E-mail from Christine E. Johnson to Randy |
| 20 | | Ard, and others, regarding "Follow-Up on |
| 21 | | SOCOM06-008 Enhanced Small Arms," dated |
| 22 | | December 8, 2006 |
| 23 | | |
| 24 | | |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 141 | Standard Form 1403, Pre-Award Survey of Prospective Contractor-General, signed February 22, 2007, and accompanying documents |
| 6 | 156 | Presentation titled "Projectile Mass Study," dated May 23, 2012 |
| 8 | 157 | Presentation titled "System Integration IPT Open Actions," dated August 30, 2005 |
| 10 | 163 | Photograph of M80A1 Prototype gel shot |
| 11 | 164 | Photograph of M80A1 Prototype gel shot |
| 12 | 175 | Defendant's Responses to Plaintiff's Third Set of Interrogatories |
| 14 | 189 | Modification Number 11 of Contract Number W52P1J-12-D-0078 |
| 16 | 196 | Document entitled "Enforcement Programs and Services." |
| 18 | 202 | Expert Report of Clarence W. Kitchens, Jr., Ph.D. Regarding Validity of the Asserted Claims of U.S. Patent Number 7,748,325 B2, signed on February 18, 2014 |

| | Defendant's | Description |
|---|---|---|
| 2 | 203 | Responsive Expert Report of Clarence |
| 3 | | W. Kitchens, Jr., Ph.D. Regarding |
| 4 | | Infringement of the Asserted Claims |
| 5 | | of U.S. Patent Number 7,748,325 B2, |
| 6 | | signed March 25, 2014 |
| 7 | 204 | Supplemental Expert Report of |
| 8 | | Clarence W. Kitchens, Jr., Ph.D. |
| 9 | | Regarding Validity of the Asserted |
| 10 | | Claims of U.S. Patent No. 7,748,325 |
| 11 | | B2, signed April 9, 2014 |
| 12 | 208 | Kitchens Resume |
| 13 | 212 | E-mail from Troy Lawton to John Amick |
| 14 | | with attached shoot data, dated November |
| 15 | | 1, 2005 |
| 16 | 214 | E-mail sent August 19, 2005 from Dan |
| 17 | | Mansfield to Dipak Kamdar, Joseph South, |
| 18 | | and others, regarding concept drawings from |
| 19 | | Art Kittle and forwarding attached drawings |
| 20 | | from Art Kittle. |
| 21 | 215 | Presentation materials titled "Green Ammo |
| 22 | | Phase III PDRDesign IPT," dated |
| 23 | | November 6, 2007 |
| 24 | 216 | Document titled "M855A1 Production |
| 25 | | Qualification Test (PQT) Results." |

| 1  | Defendant's | Description |
|----|-------------|-------------|
| 2  | 218 | Handwritten notes of Joseph South dated |
| 3  |     | July 26, 2005 regarding Phase II of Green |
| 4  |     | Ammo Program |
| 5  | 219 | Subpoena of Tucker Campion served on |
| 6  |     | September 7, 2012 |
| 7  | 236 | "Exclusive License Agreement" between |
| 8  |     | P.J. Marx and Liberty Ammunition, Inc., |
| 9  |     | dated March 5, 2010 |
| 10 | 239 | Document titled "Liberty Ammunition |
| 11 |     | Management Biographies July 2010." |
| 12 | 254 | Document titled "Report of Certified |
| 13 |     | Public Accountants," dated September |
| 14 |     | 8, 2010 |
| 15 | 260 | Liberty Ammunition presentation |
| 16 |     | materials |
| 17 | 263 | Correspondence from Brent Willis to |
| 18 |     | Prince Moutab Bin Abdullah Bin |
| 19 |     | Abdulaziz (Saudi Arabian National |
| 20 |     | Guard) |
| 21 | 265 | Contract No. DAAA09-99-D-0016 |
| 22 |     | Modification Number 11 |
| 23 |     | Effective Date: September 20, 2000 |
| 24 | 266 | Documents showing "Combinations of |
| 25 |     | Adopted Items." |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 267 | Contract No. DAAA09-99-D-0016 |
| 3 | | Modification Number 8 |
| 4 | | Effective Date: September 29, 2000 |
| 5 | 268 | Document showing "Combinations of |
| 6 | | Adopted Items." |
| 7 | 270 | Document titled "Test Report 4.6 x 30mm |
| 8 | | CDRL A005 SBIR Phase II Contract No. |
| 9 | | H92222-12-C-0021," dated March 2013 |
| 10 | 272 | Liberty Ammunition presentation |
| 11 | | materials, dated January 2012 |
| 12 | 274 | Article titled "Liberty Ammunition |
| 13 | | Announces New Executive Management Team," |
| 14 | | dated December 17, 2013 |
| 15 | 275 | Presentation materials titled "Board of |
| 16 | | Directors Meeting Initial Impressions |
| 17 | | Steven C. Torma, President & CEO." |
| 18 | 276 | Presentation materials titled "2013 |
| 19 | | Investor Review," dated May 29, 2013. |
| 20 | 277 | Presentation materials titled "Board |
| 21 | | Meeting Liberty Ammunition, Inc. |
| 22 | | ~Part I~," dated September 26, 2013 |
| 23 | 279 | U.S. Patent No. 3,003,420 (issued to |
| 24 | | Nosler) |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 280 | Technical drawings of M855 and |
| 3 | | M855LF projectiles |
| 4 | 281 | U.S. Patent No. 1,967,416 (issued to |
| 5 | | Leussler) |
| 6 | 282 | U.S. Patent No. 4,753,172 (issued to |
| 7 | | Katzmann) |
| 8 | 283 | U.S. Patent No. 2,958,287 (issued to |
| 9 | | Auxier) |
| 10 | 284 | Frost, George E., *Ammunition Making:* |
| 11 | | *An Insider's Story*, Publication of |
| 12 | | the National Rifle Association of |
| 13 | | America, May 1990 (ISBN |
| 14 | | 0-935998-57-8). |
| 15 | 285 | U.S. Patent No. 3,154,016 (issued to |
| 16 | | Frey) |
| 17 | 286 | U.S. Patent No. 4,884,508 (issued to |
| 18 | | Kruse) |
| 19 | 287 | U.S. Patent No. 6,973,879 B1 (issued |
| 20 | | to McElroy) |
| 21 | 288 | U.S. Patent No. 3,069,748 (issued to |
| 22 | | Nosler) |
| 23 | 289 | M855 Bullet Manufacture Flow Charts |
| 24 | | |
| 25 | | |

| 1 | Defendant's | Description |
|---|---|---|
| 2 | 290 | Test Report on M855 and M855 LFS |
| 3 | | Terminal Ballistics Tests (C.W. |
| 4 | | Kitchens, Ph.D.). |
| 5 | 291 | Data, Gelatin Block and Fragment |
| 6 | | Photographs for M855 and M855 LFS |
| 7 | | Tests. |
| 8 | 292 | Fragment Data Sheets for M855 and |
| 9 | | M855 LFS Tests |
| 10 | 294 | Lot Acceptance Information for M855 |
| 11 | | and M855 LFS Projectiles Used in |
| 12 | | Tests |
| 13 | 295 | Modification of Contract Number |
| 14 | | W52P1J-11-C-0038 Amendment Number P00035 |
| 15 | | February 7, 2014 |
| 16 | 296 | Data regarding Sierra Bullets, |
| 17 | | submitted by Patrick Daly on March |
| 18 | | 19, 2014 |
| 19 | 299 | Technical Report 2014-02: Comparison |
| 20 | | of 5.56mm M855, M855 LFS and M855A1 |
| 21 | | Bullet Impact into 20% Gelatin |
| 22 | | Blocks (C.W. Kitchens, Ph.D.) |
| 23 | 300 | Fragment Data Sheets for M855A1 |
| 24 | | Tests |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 301 | Data, Gelatin Block and Fragment |
| 3 | | Photographs for M855A1 Tests |
| 4 | 305 | Pictures and information regarding |
| 5 | | cited Berger projectiles acquired |
| 6 | | from Berger Bullets website. |
| 7 | 306 | Pictures and information regarding |
| 8 | | cited Sierra projectiles acquired |
| 9 | | from Sierra Bullets website |
| 10 | 307 | Printout of Nosler Partition Bullet |
| 11 | | information, dated April 7, 2014. |
| 12 | | (http://www.nosler.com/partition) |
| 13 | 308 | Photographs of MK262 5.56mm |
| 14 | | projectile |
| 15 | 309 | Photographs and data for various |
| 16 | | 5.56mm projectiles |
| 17 | 318 | TDP drawings of M80 round (including |
| 18 | | both projectile variants) |
| 19 | 479 | Department of the Army, FYDP Procurement |
| 20 | | Annex, President's Budget 2015 (Includes |
| 21 | | OCO) February 4, 2014 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 2 | 495 | U.S. Army Corps of Engineers |
| 3 | | Treatment and Management of Closed or |
| 4 | | Inactive Small Arms Firing Ranges June |
| 5 | | 2007 (http://oai.dtic.mil/oai/ |
| 6 | | oai?verb=getRecord&metadataPrefix |
| 7 | | =html&identifier=ADA471052) |
| 8 | 498 | EPA Military Munitions Rule February |
| 9 | | 12, 1997. (http://www.epa.gov/osw/ |
| 10 | | laws-regs/state/revision/frs/fr156.pdf) |
| 11 | 514 | Progress and Next Steps for Army's |
| 12 | | Operational Range Assessments (ORAs) |
| 13 | | June 16, 2010 (http://e2s2.ndia.org/ |
| 14 | | pastmeetings/2010/tracks/Documents/ |
| 15 | | 9904.pdf) |
| 16 | 527 | Expert Report of Christopher J. Bokhart, |
| 17 | | signed March 25, 2014. |
| 18 | 528 | Tabs 1 through 14 to Expert Report of |
| 19 | | Christopher J. Bokhart, signed March 25, |
| 20 | | 2014 |
| 21 | 538-A | Certified copies of Army's |
| 22 | | provisional patent applications |
| 23 | | (presently ordered for both parties |
| 24 | | but not received) |
| 25 | | |

| | Defendant's | Description |
|---|---|---|
| 1 | | |
| 2 | 538-B | Certified copies of Army's |
| 3 | | provisional patent applications |
| 4 | | (presently ordered for both parties |
| 5 | | but not received) |
| 6 | 564 | E-mail from John Amick to P.J. Marx, sent |
| 7 | | November 1, 2005 |
| 8 | 575 | Presentation materials entitled "Concept B |
| 9 | | Review," by Adam Hamilton, dated |
| 10 | | January 19, 2006 |
| 11 | 578 | Presentation materials entitled "Design |
| 12 | | IPT Status," dated December 12, 2005 |
| 13 | 581 | Presentation materials entitled "Strength |
| 14 | | of Design Methods  Green Ammo II DIPT," |
| 15 | | by Joseph South |
| 16 | 584 | Presentation materials entitled |
| 17 | | "Green Ammunition Phase II Program |
| 18 | | Preliminary Program Review," dated |
| 19 | | February 22-24, 2005 |
| 20 | 604 | Green Ammo Manufacturing Checklist |
| 21 | | Concept B |
| 22 | 605 | Barrel Erosion Data 2014 M80A1 |
| 23 | | Verification Test Emerging Results |
| 24 | | |
| 25 | | |

| | Defendant's | |
|---|---|---|
| 1 | | |
| 2 | Demonstrative | Description |
| 3 | 1 | Projectile Cross Sections |
| 4 | 2 | Cross-Section of an M855A1 Cartridge |
| 5 | 3 | Cutaway of Projectile |
| 6 | 4 | Metal Plate |
| 7 | 5 | Metal Plate |
| 8 | 6 | Infringement Slide |
| 9 | 7 | Projectile Slide |
| 10 | 8 | Claim 1 Elements |
| 11 | 9 | Claim 32 Elements |
| 12 | 10 | Claim 32-2 Elements |
| 13 | 11 | Reduced Area of Contact Definition |
| 14 | 12 | Kitchens Topics |
| 15 | 13 | Firearm Rifling |
| 16 | 14 | M4 Cross-section |
| 17 | 15 | Area of Contact |
| 18 | 16 | Engraved Surface Area |
| 19 | 17 | Bullet Dimensions |
| 20 | 18 | Best Method of Approximate |
| 21 | 19 | Comparator Projectiles |
| 22 | 20 | Appropriate Comparator |
| 23 | 21 | Chart Summary |
| 24 | 22 | Limitation Not Literally Found in M855A1 |
| 25 | 23 | Area of Contact |

| | Defendant's | |
|---|---|---|
| 1 | | |
| 2 | Demonstrative | Description |
| 3 | 24 | Comparative Bullet Calculations |
| 4 | 25 | German/Kitchens Comparator Bullets |
| 5 | 26 | Kitchens M855 Conclusions |
| 6 | 27 | M80A1 Chart |
| 7 | 28 | M80A1 Calculations |
| 8 | 29 | M80 Variant Chart |
| 9 | 30 | M80 Area of Contact |
| 10 | 31 | M80A1 Conclusion |
| 11 | 32 | 7.62mm Bullet Comparators Chart |
| 12 | 33 | Dr. German M80 Conclusion |
| 13 | 34 | Function-Way-Result Test |
| 14 | 35 | M855A1 & M80A1 Not Equivalent |
| 15 | 36 | Intermediate Opposite Ends Limitation |
| 16 | 37 | 3 Facts Slide |
| 17 | 38 | Principal Function of Limitation |
| 18 | 39 | Court Construction of Intermediate |
| 19 | | Opposite Ends |
| 20 | 40 | Conclusion of Intermediate Opposite Ends |
| 21 | 41 | Conclusion by Equivalents |
| 22 | 42 | Controlled Rupturing |
| 23 | 43 | Controlled Rupturing Chart |
| 24 | 44 | Invalidity Slide |
| 25 | 45 | Brief Summary of Opinions |

```
 1   Defendant's

 2   Demonstrative          Description

 3   46                     Claims 1 & 32 Invalidity

 4   47                     Claim 1 Conclusion

 5   48                     Nosler '420 Patent

 6   49                     M855 & M855 LFS Prior Art

 7   50                     Leussler '416 Patent

 8   51                     Claim 1 Elements

 9   52                     Claim 1, Element A

10   53                     Claim 1, Element B

11   54                     Prior Art References

12   55                     Claim 1, Element C

13   56                     Claim 1, Element C Conclusion

14   57                     Claim 1, Element C Charts

15   58                     Summary of M855/M855 LFS Tests & Results

16   59                     Further Results

17   60                     Claim 1, Element D

18   61                     Claim 1, Element D Prior Art

19   62                     Claim 1, Element E

20   63                     Claim 1, Element E Prior Art

21   64                     Flow Charts - Manufacturing Process

22   65                     Prior References to Rupture

23   66                     Claim 1 is Invalid

24   67                     Dependent Claims

25   68                     Anticipation References
```

| | Defendant's | |
|---|---|---|
| 1 | _Demonstrative_ | _Description_ |
| 3 | 69 | Claim 2:   Continued |
| 4 | 70 | Claim 2:   Continued |
| 5 | 71 | Nosler, Inc. Website |
| 6 | 72 | Nosler, Inc. Website |
| 7 | 73 | Claim 3 |
| 8 | 74 | Claim 3:   Continued |
| 9 | 75 | Claim 7 |
| 10 | 76 | Claim 7:   Continued |
| 11 | 77 | Claim 7:   Continued |
| 12 | 78 | Claim 8 |
| 13 | 79 | Claim 8:   Continued |
| 14 | 80 | Claim 9 |
| 15 | 81 | Claim 9:   Continued |
| 16 | 82 | Claim 10 |
| 17 | 83 | Claim 10:   Continued |
| 18 | 84 | Claim 11 |
| 19 | 85 | Claim 11:   Continued |
| 20 | 86 | Claim 18 |
| 21 | 87 | Claim 18:   Continued |
| 22 | 88 | Claim 19 |
| 23 | 89 | Claim 19:   Continued |
| 24 | 90 | Claim 20 |
| 25 | 91 | Claim 20:   Continued |

| 1 | Defendant's | |
|---|---|---|
| 2 | Demonstrative | Description |
| 3 | 92 | Claim 20:   Continued |
| 4 | 93 | Ordinary Skill in the Art of Weapons |
| 5 | | and Small Arms Ammunition |
| 6 | 94 | Claim 22 |
| 7 | 95 | Claim 22:   Continued |
| 8 | 96 | Claim 25 |
| 9 | 97 | Claim 25:   Continued |
| 10 | 98 | Claim 28 |
| 11 | 99 | Claim 28:   Continued |
| 12 | 100 | Claim 28:   Continued |
| 13 | 101 | Claim 29 |
| 14 | 102 | Claim 29:   Continued |
| 15 | 103 | Claim 30 |
| 16 | 104 | Claim 30:   Continued |
| 17 | 105 | Claim 31 |
| 18 | 106 | Claim 31 |
| 19 | 107 | Claim 32 is Anticipated and Rendered |
| 20 | | Obvious By the Prior Art |
| 21 | 108 | Claim 32 |
| 22 | 109 | "Intermediate Opposite Ends" Limitation |
| 23 | 110 | "Intermediate Opposite Ends" |
| 24 | | Limitation (Continued) |
| 25 | 111 | "Primary Area of Contact" Limitation |

```
 1   Defendant's

 2   Demonstrative          Description

 3   112                    Conclusions Regarding Claim 32

 4   113                    Asserted Claims Depending from Claim

 5                          32 Also Anticipated & Rendered

 6                          Obvious by the Prior Art

 7   114                    Claim 38

 8   115                    Claim 38:  Continued

 9   116                    Claim 38:  Continued

10   117                    Claim 39

11   118                    Claim 39:  Continued

12   119                    Claim 39:  Continued

13   120                    Claim 40

14   121                    Claim 40:  Continued

15   122                    Claim 41

16   123                    Claim 41:  Continued

17   124                    Claim 41:  Continued

18   125                    Secondary Considerations of

19                          Non-Obviousness

20   126                    Objective Indicia of Nonobviousness,

21                          aka, Secondary Considerations of

22                          Nonobviousness

23   127                    Long-Felt Need for M855 Replacement

24   128                    Failure of Others to Find M855

25                          Replacement
```

| 1 | Defendant's | |
|---|---|---|
| 2 | Demonstrative | Description |
| 3 | 129 | Commercial Success of M855A1 |
| 4 | 130 | Intentional Copying of Marx Design |
| 5 | 131 | Acclaim Relating to M855A1 |
| 6 | 138 | Bullets (Physical) |
| 7 | 139 | Bullets (Physical) |
| 8 | 140 | Bullets (Physical) |
| 9 | 141 | Bullets (Physical) |
| 10 | 142 | Bullets (Physical) |
| 11 | 143 | Bullets (Physical) |
| 12 | 144 | Draft Guidelines |
| 13 | 145 | M855A1 Components |
| 14 | 323 | Nosler Video |
| 15 | 455 | Fort Dix Cleanup |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |