# In the United States Court of Federal Claims

Case No. 11-84 C
Filed: May 17, 2022

LIBERTY AMMUNITION, LLC

v.

THE UNITED STATES

NOTICE OF UNSEALING DOCUMENTS

    Final disposition of the above-captioned case occurred more than 5 years ago. Accordingly, pursuant to Rule 77.4(c) of the Rules of the United States Court of Federal Claims, the Clerk of Court hereby provides notice that absent a timely objection by any party to the case, all sealed documents in this case will be unsealed and made part of the public record. Any objections to this notice must be filed within 60 days of the date of this notice.

_____
Lisa L. Reyes
Clerk of Court